UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL WHITE,

                Plaintiff,

  v.

STEPHEN SINCLAIR, et al.,

                Defendants.

No. 3:20-CV-5141-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff failed to state claims of retaliation, equal protection violations, or due process violations. Defendants' Motion for Summary Judgment ("Motion," Dkt. 30) is granted and Plaintiff's Motion to Amend the Second Amended Complaint ("Motion to Amend," Dkt. 34) is denied.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 15th day of January, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1